■ SALOMON BROTHERS INC. et al, Appellants, et al., Plain-

tiffs, v WEST VIRGINIA STATE BOARD OF INVESTMENTS et al., Respondents.—Order and judgment, Supreme Court, New York County (Harold Baer, Jr., J.), entered on June 6, 1990 and June 7, 1990, respectively, unanimously affirmed, for the reasons stated by Harold Baer, Jr., J., with costs and with disbursements. Concur—Sullivan, J. P., Milonas, Rosenberger, Ellerin and Rubin, JJ.